# 1

*Court* [handwritten annotation top-left]



## STATE OF MICHIGAN

MICHAEL E. KOBZA HALL OF JUSTICE
14TH JUDICIAL CIRCUIT COURT
990 TERRACE STREET
MUSKEGON, MICHIGAN 49442-3357

HON. TIMOTHY G. HICKS
CIRCUIT JUDGE

TELEPHONE (231) 724-6337
FAX (231) 724-4587

## MEMO

**TO:** Nancy Waters, Muskegon County Clerk

**FROM:** Hon. William C. Marietti, Chief Circuit Judge
Hon. Timothy G. Hicks, Chief Judge Pro Tem

**DATE:** June 4, 2018

**SUBJECT:** Filing of Successive Motions for Relief from Judgment

---

Judge Hicks and I have drafted this updated memo to provide some clarity to a long-standing and sometimes confusing situation.

MCR 6.502 allows convicted felons to file motions for relief from judgment. However, each defendant has the right, essentially, to only file one. (There are some exceptions which generally do not apply.) MCR 6.502(G)(1) requires the court to return these successive motions **without filing them**.

We are asking you to, from this point on, **not** file anything from these particular individuals:

- Darryl Robinson
- Henry Dontee Allen
- Larry Darnell Jones
- Kwan Payne
- Bernard Hill
- Davie Lee Jones
- Michael Ward
- Freddie Bills
- Michael Anderson Sr. DOB 9/10/1963

Our more sophisticated defendants, like most of these individuals named above, are aware of this ban and try to avoid it by creatively naming successive motions for relief from judgment. Typically, they are named "motion for resentencing," "motion to set aside invalid sentence," etc.

If you have any questions about this, please refer the pleading to us **before** filing it. We can then tell you what to do.

Thank you for your help. Please call Judge Hicks if you have any questions.

Hon. William C. Marietti        Hon. Timothy G. Hicks

*This last document shows you now despate they to keep their secret, this was produced to stop me from getting in to court I've never filed a 6500 please check.* [handwritten]

STATE OF MICHIGAN

IN THE 14TH CIRCUIT COURT

* * * * *

PEOPLE OF THE STATE OF MICHIGAN,

HON. TIMOTHY G. HICKS

v

File No. 03-49533-FC

MICHAEL LYNN ANDERSON,
              Defendant,
_____/

Charles F. Justian, P35428
Chief Appellate Prosecuting Attorney
990 Terrace Street
Muskegon, MI 49442
(231) 724-6435

Michael Anderson, #180023
Defendant In Pro Per
Handlon Correctional Facility
1728 West Bluewater Highway
Ionia, MI 48846
_____/

## OPINION AND ORDER DENYING DEFENDANT'S MOTION TO CORRECT SENTENCE

The court denies the motion. Because defendant has exhausted his appeals to state courts, he will have to pursue relief pursuant to MCR 6.500 *et seq*. See MCR 6.429(B)(4). However, his motion expressly asks the court to not consider this as an MCR 6.500 motion. Thus, there remains nothing for the court to do but deny the motion to correct the sentence.

**IT IS SO ORDERED.**

Date: January 29, 2013

_____
Timothy G. Hicks, P35198
Circuit Judge

CERTIFICATE OF MAILING

I hereby certify that on the 29th day of January, 2013, I personally mailed copies of this Order to the parties above named at their respective addresses, by ordinary mail.

_____
Susan K. Patelski, Circuit Court
Legal & Scheduling Secretary

STATE OF MICHIGAN

IN THE 14TH CIRCUIT COURT

\* \* \* \* \*

PEOPLE OF THE STATE OF MICHIGAN,

v

MICHAEL LYNN ANDERSON,
               Defendant.

HON. TIMOTHY G. HICKS

File No. 03-49533-FC

Charles F. Justian, P35428
Chief Appellate Prosecuting Attorney
990 Terrace Street, Fifth Floor
Muskegon, MI 49442
(231) 724-6435

Michael Lynn Anderson, #180023
EC Brooks Correctional Facility
2500 Sheridan Drive
Muskegon, MI 49444

### OPINION AND ORDER DENYING DEFENDANT'S MOTION FOR COUNSEL

This motion is entry 183 on this court's register of actions. Any relief to which defendant might be entitled must, at this point, flow through 6.501 *et seq.* This motion does not comply with that rule so the court denies it.

**IT IS SO ORDERED.**

Date: June 9, 2017

Timothy G. Hicks, P35198
Circuit Judge

CERTIFICATE OF MAILING

I hereby certify that on the 12th day of June, 2017, I personally mailed copies of this order to the parties above named at their respective addresses, by ordinary mail.

Susan K. Orrison, Circuit Court
Legal & Scheduling Secretary

*These three document shows the Court understood I had not done a 6500 and prove intent of a criminal intent action to conspire to arbitrary deny me due process and keep me restrained of my liberty.*