2

Dated 3-5-2021

Office of the Clerk
United States District Court
330 Federal BLDG.
202 Washington ST.
P.O. Box 698
Marquette, MI. 49855

Dear Clerk

Inside you will find 1983 complaint, along with 6 month account statement and exibits, these exibits are to prove the defendants in the action understood that Petitioner had not filed a 6500 let alone successive Motion for relief from judgment and that was his only avenue for relief,

Petitioner also make the statement that he served all three defendants through U.S. mail at their respectable places of business on or around 3-5-2021.

Oh Yes the falsified document is also apart of the exibits which the Court should or did understand that was a fraudulent or misleading document that was a violation of law under 750.217c which also makes their actions a conspiracy to defame Petitioner under color of law.

Sincerly Yours
Michael Anderson #180023